John WALDON, Appellant, v. E. B. SWOPE, Warden, United States Penitentiary, Alcatraz, California, Appellee.

No. 12465.

United States Court of Appeals
Ninth Circuit.

Sept. 15, 1950.

Writ of Certiorari Denied Jan. 2, 1951.
See 71 S.Ct. 292.

Noal R. Gray, San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., Joseph Karesh, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before MATHEWS, STEPHENS and ORR, Circuit Judges.

PER CURIAM.

This appeal is from an order denying a petition for a writ of habeas corpus. The order is affirmed. See United States v

186

Waldon, 7 Cir., 114 F.2d 982; Waldon v. United States, 312 U.S. 681, 61 S.Ct. 549, 85 L.Ed. 1119; Id., 324 U.S. 847, 889, 65 S.Ct. 683, 89 L.Ed. 1408; Id., D.C.E.D.Ill., 84 F. Supp. 449.